**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANE HARREL, an individual and resident of St. Clair County, Illinois; | : |
| | : |
| C4 GUN STORE, LLC, an Illinois limited liability company; | : |
| | : |
| MARENGO GUNS, INC., an Illinois corporation; | : No. 3:23 CV 141 |
| | : |
| ILLINOIS STATE RIFLE ASSOCIATION; | : |
| | : |
| FIREARMS POLICY COALITION, INC.; *and* | : |
| | : |
| SECOND AMENDMENT FOUNDATION,<br>    *Plaintiffs*, | : |
| | : |
| v. | : |
| | : **F.R. CIV. P. 7.1 CORPORATE** |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; | : **DISCLOSURE STATEMENT** |
| | : |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; | : |
| | : |
| JAMES GOMRIC, in his official capacity as State's Attorney of St. Clair County, Illinois; | : |
| | : |
| JEREMY WALKER, in his official capacity as State's Attorney of Randolph County, Illinois; | : |
| | : |
| PATRICK D. KENNEALLY, in his official capacity as State's Attorney of McHenry County, Illinois; | : |
| | : |
| RICHARD WATSON, in his official capacity as Sheriff of St. Clair County, Illinois; | : |
| | : |
| JARROD PETERS, in his official capacity as Sheriff of Randolph County, Illinois; | : |
| | : |
| ROBB TADELMAN, in his official capacity as Sheriff of McHenry County, Illinois;<br>    *Defendants*. | : |
| | : |

## F.R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiffs state as follows:

- Plaintiff C4 Gun Store, LLC is an Illinois limited liability company. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

- Plaintiff Marengo Guns, Inc. is an Illinois corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

- Plaintiff Illinois State Rifle Association is an Illinois not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

- Plaintiff Second Amendment Foundation is a Washington not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

- Plaintiff Firearms Policy Coalition, Inc. is a Delaware not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 18, 2023                              Respectfully Submitted,

                                                /s/David G. Sigale
                                                Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*