IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANE HARREL, an individual and resident of St. Clair County, Illinois, C4 Gun Store, LLC, an Illinois Limited Liability Company, MARENGO GUNS INC., an Illinois Corporation, ILLINOIS STATE RIFLE ASSOCIATION, FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois, BRENDAN F. KELLY, in his official capacity as Director of Illinois State Police, JAMES GOMRIC, in his official capacity as State's Attorney of St. Clair County, Illinois, JEREMY WALKER, in his official capacity as State's Attorney of Randolph County, Illinois, PATRICK D. KENNEALLY, in his official capacity as State's Attorney of McHenry County, Illinois, RICHARD WATSON, in his official capacity as Sheriff of St. Clair County, Illinois, JARROD PETERS, in his official capacity as Sheriff of Randolph County, Illinois, ROBB TADELMAN, in his official capacity as Sheriff of McHenry County, Illinois<br><br>    Defendants. | No. 23-CV-141-SPM |

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO COMPLAINT AND
RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW, Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois, and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois, by an through their undersigned counsel, and for their

Motion for Extension of Time to File Responsive Pleading to the Complaint, and Response to Plaintiffs' Motion for Preliminary Injunction, and states as follows:

1. Defendants were served the Complaint, (see Doc. 1), in this matter on January 24, 2023. This service date makes the responsive pleading date to be February 14, 2023.

2. Plaintiffs filed their Motion for Preliminary Injunction, (see Doc. 16), on January 25, 2023. Defendants were never served the Motion for Preliminary Injunction.

3. Defendants respectfully request an extension of time to file a responsive pleading to the Complaint until March 8, 2023.

4. Despite not being served with the Motion for Preliminary Injunction, Defendants respectfully request an extension of time until March 8, 2023 to file a response to the Motion for Preliminary Injunction.

5. This is a complex litigation dealing with an Illinois statute and State and Federal constitutional law. The complexity of the matters addressed in the litigation justify this short extension.

6. This Court has already granted the State of Illinois officers' extension to file a response to the Motion for Preliminary Injunction until March 1, 2023. Seeing the response of the State of Illinois defendants would be of assistance in this matter so as to not unnecessarily duplicate legal arguments.

7. Defendants' counsel emailed Plaintiffs' counsel requesting consent to this motion for extension of time, but as of the time of filing of this motion Plaintiffs' counsel has not responded to the email.

8. This motion is not brought for any improper purpose or to delay this matter.

9. The granting of this motion will not prejudice any party.

WHEREFORE, Defendants, James Gomric, in his official capacity as State's Attorney of St. Clair County, Illinois, and Richard Watson, in his official capacity as Sheriff of St. Clair County, Illinois, respectfully pray that this Honorable Court grant their Motion for an Extension of Time to File Responsive Pleading to the Complaint, and Response to Plaintiffs' Motion for Preliminary Injunction, and for such further relief as this Honorable Court deems just and proper.

Respectfully Submitted,

By:  /s/ Thomas R. Ysursa
Thomas R. Ysursa #6257701
BECKER, HOERNER, & YSURSA, P.C.
*Attorneys for Defendants,*
*James Gomric, in his official capacity as*
*State's Attorney of St. Clair County, Illinois, and*
*Richard Watson, in his official capacity as*
*Sheriff of St. Clair County, Illinois*
5111 West Main Street
Belleville, IL 62226
Telephone: (618) 235-0020
Facsimile: (618) 235-8558
Email: try@bhylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>February 14, 2023</u>, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorney for Plaintiffs*
David G. Sigale
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
Email: dsigale@sigalelaw.com

*Attorney for Defendants*
*Brendan F. Kelly and Kwame Raoul*
Laura K. Bautista
Illinois Attorney General's Office - Springfield
500 South Second Street
Springfield, IL 62701
Email: Laura.Bautista@ilag.gov

                                               */s/ Thomas R. Ysursa*