IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.,*<br>    Defendants. | Case No. 23-cv-00209-SPM (Lead Case) |
| DANE HARREL, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.,*<br>    Defendants. | Case No. 23-cv-00141-SPM |
| JEREMY W. LANGLEY, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, *et al.,*<br>    Defendants. | Case No. 23-cv-00192-SPM |
| FEDERAL FIREARMS LICENSEES OF ILLINOIS, *et al.,*<br>    Plaintiffs,<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.,*<br>    Defendants. | Case No. 23-cv-00215-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Findings of Fact and Conclusions of Law dated November 8, 2024 (Doc. 258), judgment is entered in favor of the following Plaintiffs:

- *Barnett* (23-cv-00209-SPM): Caleb Barnett, Brian Norman, Hoods Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc.;

- *Harrel* (23-cv-00141-SPM): Dane Harrel; C4 Gun Store, LLC; Marengo Guns, Inc.; the Illinois State Rifle Association; Firearms Policy Coalition, Inc.; and the Second Amendment Foundation;

- *Langley* (23-cv-00192-SPM): Jeremy W. Langley, Timothy B. Jones, and Matthew Wilson;

- *Federal Firearms Licensees of Illinois* (23-cv-00215-SPM): Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of America, Gun Owners Foundation, Piasa Armory, Jasmine Young, and Chris Moore.

Judgement is entered against the following Defendants:

- *Barnett* (23-cv-00209-SPM): Attorney General Kwame Raoul and Illinois State Police Director Brendan F. Kelly;

- *Harrel* (23-cv-00141-SPM): Attorney General Raoul, Director Kelly, State's Attorney James Gomric of St. Clair County, State's Attorney Jeremy Walker of Randolph County, State's Attorney Patrick D. Kenneally of McHenry

County, Sheriff Richard Watson of St. Clair County, Sheriff Jarrod Peters of Randolph County, and Sheriff Robb Tadelman of McHenry County;

- *Langley* (23-cv-00192-SPM): Director Kelly and State's Attorney Cole Price Shaner of Crawford County;

- *Federal Firearms Licensees of Illinois* (23-cv-00215-SPM): Illinois Governor J.B. Pritzker, Attorney General Raoul, and Director Kelly.

**DATED: November 8, 2024**

        **MONICA A. STUMP,**
        **Clerk of Court**

        **By:** *s/ Jackie Muckensturm*
            **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
        **STEPHEN P. MCGLYNN**
        **U.S. District Judge**