IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANE HARREL, an individual and resident of St. Clair County, Illinois; C4 GUN STORE, LLC, an Illinois limited liability company, MARENGO GUNS, INC., an Illinois Corporation; ILLINOIS STATE RIFLE ASSOCIATION; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of Illinois; BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police; JAMES GOMRIC, in his official capacity as State's Attorney of St. Clair County, Illinois; JEREMY WALKER, in his official capacity as State's Attorney of Randolph County, Illinois; PATRICK D. KENNEALLY, in his official capacity as State's Attorney of McHenry County, Illinois; RICHARD WATSON, in his official capacity as Sheriff of St. Clair County, Illinois; JARROD PETERS, in his official capacity as Sheriff of Randolph County, Illinois; ROBB TADELMAN, in his official capacity as Sheriff of McHenry County, Illinois,<br><br>    Defendants. | Case No. 3:23-cv-141-SPM |

## NOTICE OF APPEAL

Defendants Kwame Raoul, Attorney General of the State of Illinois, and Brendan F. Kelly, Director of the Illinois State Police ("State Defendants"), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Court's order and final judgment dated November 8, 2024, in this case (Doc. 55), as well as three related cases (*Barnett, et al. v. Raoul, et al.*, 3:23-cv-209 Doc. 259; *Federal Firearms Licensees of Illinois, et al. v. Pritzker, et al.*, 3:23-cv-215 Doc. 86; *Langley, et al. v. Kelly, et al.*, 3:23-cv-192 Doc. 46). A notice of appeal has been filed in each

of the four cases.

In this appeal, State Defendants respectfully request that the Court of Appeals vacate the district court's injunction (Doc. 54 at 167-68), reverse the district court's order granting judgment to plaintiffs (Doc. 55), and provide any other relief the Court deems appropriate.

Dated: November 8, 2024                    Respectfully submitted,

                                              KWAME RAOUL
                                              *Attorney General of Illinois*

/s/      Christopher G. Wells
Christopher G. Wells, No. 6304265
Kathryn Hunt Muse, No. 6302614
Gretchen Helfrich, No. 630004
John T. Hazinski, No. 6329791
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3000
Christopher.wells@ilag.gov

*Counsel for Attorney General Raoul and ISP Director Kelly*

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                              /s/ Christopher G. Wells