# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALEB BARNETT, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No. 23-cv-00209-SPM (Lead Case) |
| DANE HARREL, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, *et al.*,<br>    Defendants. | Case No. 23-cv-00141-SPM |
| JEREMY W. LANGLEY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>BRENDAN KELLY, *et al.*,<br>    Defendants. | Case No. 23-cv-00192-SPM |
| FEDERAL FIREARMS<br>LICENSEES OF ILLINOIS, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>JAY ROBERT "J.B." PRITZKER, *et al.*,<br>    Defendants. | Case No. 23-cv-00215-SPM |

## **AMENDED JUDGMENT IN A CIVIL ACTION**

**DECISION BY THE COURT.**

This matter having come to trial before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Clerk's Judgment issued on November 8, 2024 (Doc. 259) is **VACATED**.

**IT IS HEREBY ORDERED AND ADJUDGED** that Counts IV and VI of the *Langley* Plaintiffs' Complaint are **DISMISSED with prejudice** in accordance with this Court's Findings of Fact and Conclusions of Law (Doc. 258).

This Court holds that the Protect Illinois Communities Act, Ill. Pub. Act 102-1116 § 1 (codified at 720 Ill. Comp. Stat. 5/24-1.9–1.10) is unconstitutional in accordance with the Second Amendment to the United States Constitution as applied to the states by the Fourteenth Amendment in accordance with this Court's Findings of Fact and Conclusions of Law (Doc. 258) and that a permanent injunction is required to protect the rights of the citizens of Illinois. Therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that the following Plaintiffs' requests for declaratory judgment and for a permanent injunction are **GRANTED**:

- *Barnett* (23-cv-00209-SPM): Caleb Barnett, Brian Norman, Hoods Guns & More, Pro Gun and Indoor Range, and National Shooting Sports Foundation, Inc.;
- *Harrel* (23-cv-00141-SPM): Dane Harrel; C4 Gun Store, LLC; Marengo Guns, Inc.; the Illinois State Rifle Association; Firearms Policy Coalition, Inc.; and the Second Amendment Foundation;
- *Langley* (23-cv-00192-SPM): Jeremy W. Langley, Timothy B. Jones, and Matthew Wilson;

- *Federal Firearms Licensees of Illinois* (23-cv-00215-SPM): Federal Firearms Licensees of Illinois, Guns Save Life, Gun Owners of America, Gun Owners Foundation, Piasa Armory, Jasmine Young, and Chris Moore.

Additionally, due to the unconstitutionality of the Protect Illinois Communities Act, judgment is entered against the following Defendants:

- *Barnett* (23-cv-00209-SPM): Attorney General Kwame Raoul and Illinois State Police Director Brendan F. Kelly;
- *Harrel* (23-cv-00141-SPM): Attorney General Raoul, Director Kelly, State's Attorney James Gomric of St. Clair County, State's Attorney Jeremy Walker of Randolph County, State's Attorney Patrick D. Kenneally of McHenry County, Sheriff Richard Watson of St. Clair County, Sheriff Jarrod Peters of Randolph County, and Sheriff Robb Tadelman of McHenry County;
- *Langley* (23-cv-00192-SPM): Director Kelly and State's Attorney Cole Price Shaner of Crawford County;
- *Federal Firearms Licensees of Illinois* (23-cv-00215-SPM): Illinois Governor J.B. Pritzker, Attorney General Raoul, and Director Kelly.

In accordance with Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), this Court's issuance of permanent injunctive relief is addressed by a separate Order (*see* Doc. 271).

**DATED: December 9, 2024**

                                          **MONICA A. STUMP,**
                                          **Clerk of Court**

                                          **By:** *s/ Jackie Muckensturm*
                                                       **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
 **STEPHEN P. MCGLYNN**
 **U.S. District Judge**